UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
WILLIAM BERES, : CASE NO. 1:14CV01448
:
     Plaintiff, : JUDGE JAMES S. GWIN
:
vs. : ORDER
:
COMMISSIONER OF SOCIAL :
SECURITY ADMINISTRATION, :
:
     Defendant. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

     This case was referred to Magistrate Judge Kathleen B. Burke on July 1, 2014, for a Report and Recommendation pursuant to Local Rule 72.2. On July 1, 2014, plaintiff filed, along with his complaint, a motion to proceed *in forma pauperis* [Doc. 2]. The Magistrate Judge issued a Report and Recommendation on July 21, 2014, [Doc. 5] recommending that the motion be denied.

     This Court adopts the Magistrate Judge's Report and Recommendation, denies the motion to proceed *in forma pauperis* and orders that plaintiff pay the full filing fee.

     IT IS SO ORDERED.


Dated: August 11, 2014           s/ *James S. Gwin*
                                                               JAMES S. GWIN
                                                               UNITED STATES DISTRICT JUDGE